United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCBRIDE, et al., | No. C 13-1533 RS |
| Plaintiffs, | |
| v. | **ORDER RE PENDING MOTION** |
| MYLAN, INC., | |
| Defendant. | |
| _____/ | |

    Shortly after the pending motion to dismiss and to strike was taken under submission without oral argument pursuant to Civil Local Rule 7-1(b), the parties submitted a stipulation proposing to stay the hearing and disposition of the motion, pending settlement discussions. Pursuant to the parties' stipulation, further consideration of the motion will be deferred for 60 days, at which point it will again be deemed submitted for decision.   Should either side withdraw from settlement discussions prior to that time, it may file written notice to that effect.  In the event settlement discussions remain ongoing at the end of the sixty day period, the parties shall file a joint status report.

1   IT IS SO ORDERED.

3   Dated: 5/28/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE