**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCBRIDE, individually and on behalf of all other similarly situated, | No. C 13-01533 RS |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| MYLAN, INC. and DOES 1-50, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court held a Case Management Conference on July 11, 2013.  Counsel for plaintiffs failed to appear.  Counsel is directed to file a declaration no later than Thursday July 18, 2013 explaining the failure to appear at this morning's conference.

A Further Case Management Conference shall be held on **October 10, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

Dated:  7/11/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1