IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCBRIDE, individually and on behalf of all other similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>MYLAN, INC. and DOES 1-50,<br><br>           Defendants. | No. C 13-01533 RS<br><br>**CASE MANAGEMENT ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court held a Case Management Conference on July 11, 2013. Counsel for plaintiffs failed to appear. Counsel is directed to file a declaration no later than Thursday July 18, 2013 explaining the failure to appear at this morning's conference.

A Further Case Management Conference shall be held on **October 10, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

Dated: 7/11/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE