GEOFFREY SPELLBERG, State Bar No. 121079
KEVIN P. MCLAUGHLIN, State Bar No. 251477
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108
gspellberg@meyersnave.com

Attorneys for Plaintiffs
Michael McBride, Mario Valdez, Pedro Garcia,
Kenny Spencer, Robert Ryan

REBECCA EISEN, State Bar No. 96129
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:    415.442.1000
Facsimile:    415.442.1001
reisen@morganlewis.com

Attorneys for Defendant
Mylan, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCBRIDE, MARIO VALDEZ, PEDRO GARCIA, KENNY SPENCER, ROBERT RYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN, INC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 13-CV-01533-VC<br><br>[~~PROPOSED~~] ORDER:<br><br>1. **CONDITIONALLY CERTIFYING SETTLEMENT CLASS;**<br>2. **PRELIMINARILY APPROVING PROPOSED SETTLEMENT;**<br>3. **APPROVING NOTICE TO CLASS; AND**<br>4. **SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:    May 29, 2014<br>Time:    1:30 p.m.<br>Court.:   4 – 17th Floor<br><br>First Amended Complaint Filed:<br>              March 26, 2013<br>Trial Date:       None Set |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORDS:

Plaintiffs Michael McBride, Mario Valdez, Pedro Garcia, Kenny Spencer, and Robert Ryan and Defendant Mylan, Inc. (collectively as "the Parties") have reached terms of settlement for a putative class action and collective action. The Parties filed a Joint Motion for Preliminary Approval of Class Action Settlement of the settlement of the claims asserted in this action, memorialized in the Joint Stipulation of Class Action Settlement an Release ("Settlement Agreement") fully executed by the Parties on February 27, 2014. The Stipulation of Settlement, together with the documents and exhibits incorporated therein, sets forth the terms and conditions for the proposed settlement.

After reviewing the Settlement Agreement, the proposed Notice of Class Action Settlement ("Class Notice"), the Claim Form And Opt In Notice ("Claim Form"), the Joint Motion for Preliminary Approval, the pleadings and other papers on file in this action, and the arguments of counsel, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court preliminarily finds that the proposed class satisfies the requirements of a settlement class under Rule 23 of the Federal Rules of Civil Procedure. The certification requirements are satisfied because the proposed Class is so numerous that joinder of all Class Members is impracticable, there are questions of law or fact common to the Class, the claims of Plaintiffs are typical of the claims of the Class, and Plaintiffs will fairly and adequately protect the interests of the Class.

2. The Parties' Settlement Agreement is granted preliminary approval as it meets the criteria for preliminary settlement approval. The Settlement falls within the range of possible approval as fair, adequate and reasonable, and appears to be the product of arms' length and informed negotiations and will treat all Class Members fairly.

3. The Parties' proposed notice plan is constitutionally sound because individual notices will be mailed to all Class Members whose identities are known to the parties, and such notice is the best notice practicable. The Parties' proposed Class Notice (Settlement Agreement, Exh. 1), and proposed Claim Form (*id.*, Exh. 2) are sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their rights to object to the Settlement,

their rights to receive a payment under the Settlement or elect not to participate in the Settlement, and the processes for doing so, and the date and location of the Final Approval Hearing and are therefore approved.

4. The following persons are certified as Class Members solely for the purpose of entering into a settlement of this matter:

> All current and former employees of Mylan, Inc., Mylan Specialty L.P., and all affiliated parties and entities, who are or were employed by Mylan Specialty L.P. as FFS Technicians (including Senior FFS Technicians) and Clean Room Technicians in California at any time from March 7, 2009 through the Preliminary Approval Date.

5. The funds remaining after the class counsel's fees and costs and the Class Representative Service Payments are subtracted from the Maximum Settlement Amount will be distributed *pro rata* on a workweek basis for all Eligible Workweeks of Class members. The workweeks of Class Members who timely submit a completed valid Claim Form, including a release of claims under the Fair Labor Standards Act, will be multiplied by five to determine the Eligible Weighted Workweeks. In accordance with the Settlement Agreement, a Claim Form must be submitted within 60 days after mailing the Class Notice by the Claims Administrator. The Class Members who do not submit a timely and complete Claim Form will also receive a settlement payment. The workweeks of such Class Members will be multiplied by two to determine the Eligible Weighted Workweeks.

6. The Claim Form will serve as each Qualified Claimant's written consent to become a party plaintiff pursuant to Section 216(b) of the Fair Labor Standards Act. The checks issued to Late Participating Claimants will include language reflecting that by endorsing the check, the individual is consenting to join the Action and electing to participate in the Settlement, as well as the following release language "By endorsing this check, I consent to join the Settlement Class in *McBride et al. v. Mylan Inc.*, elect to participate in the Settlement, and agree to release all of the Released Claims covered by the Settlement."

/ / /

/ / /

1     7.    Class Members will be bound by the Settlement unless they submit a timely and valid written request to be excluded from the Settlement within 45 days after mailing of the Class Notice by the Claims Administrator or in accordance with the terms of the Settlement Agreement.

    8.    Simpluris, Inc. is appointed as Claims Administrator, pursuant to the terms set forth in the Settlement Agreement.

    9.    Plaintiffs Michael McBride, Mario Valdez, Pedro Garcia, Kenny Spencer, and Robert Ryan are appointed the Class Representatives. Geoffrey Spellberg and Kevin P. McLaughlin of Meyers, Nave, Riback, Silver & Wilson are appointed Class Counsel.

    10.    The Claims Administrator is directed to mail the approved Class Notice and Claim Form by first-class mail to the Class Members not later than 30 days after the date of preliminary approval.

    11.    A Final Approval Hearing will be held on <u>October 2</u>, 2014 at <u>1:30 p</u>.m. a.m./p.m. to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. At that time, the Court will hear all evidence and arguments necessary to evaluate the Settlement, and will consider Plaintiffs' request for Class Representative Service Payments and Class Counsel's request for an award of attorneys' fees and costs. Class Members and their counsel may support or oppose the Settlement and the motion for awards of the Class Representative Service Payments and attorneys' fees and costs, if they so desire, in accordance with the procedures set forth in the Class Notice.

    12.    As set forth in the Settlement, any Class Member may appear at the final approval hearing in person or by his or her own attorney, and show cause why the Court should not approve the Settlement, or object to the motion for awards of the Class Representative Service Payments and attorneys' fees and costs. For any comments or objections to be considered at the hearing, the Class Member must submit a written objection in accordance with the deadlines set forth in the Class Notice.

    13.    Any petition for an award of attorneys' fees or reimbursement of litigation costs and expenses shall be filed prior to the Final Approval Hearing.

///

14. The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

**IT IS SO ORDERED.**

Dated:  May 29 , 2014



APPROVED
Judge Vince Chhabria

2266997.1

4

[PROPOSED] ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT