Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
Kevin P. McLaughlin (SBN: 251477)
kmclaughlin@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Plaintiffs
Michael McBride, Mario Valdez, Pedro Garcia,
Kenny Spencer, Robert Ryan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCBRIDE, MARIO VALDEZ, PEDRO GARCIA, KENNY SPENCER, ROBERT RYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN, INC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 13-CV-01533-VC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS**<br><br>Date:        October 2, 2014<br>Time:       1:30 p.m.<br>Courtroom: 4, 17th Floor<br>                   Judge Vince Chhabria |

1  The Court, having considered Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Class Representative Incentive Awards and the memorandum and declarations in support thereof, and after hearing, hereby finds that:

   1. Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Class Representative Incentive Awards (the "Motion") requests an award of attorneys' fees of approximately 25% of Settlement Fund in the amount of $56,319.85 and reimbursement of out-of-pocket litigation costs and expenses in the amount of $5,680.15.  Class Counsel also requests that the Court award $3,000 each to the Class Representatives Michael McBride, Mario Valdez, Pedro Garcia, Kenny Spencer, and Robert Ryan.

   2. The Court finds that the amount of fees requested is fair and reasonable under the percentage-of-recovery approach and cross checked by the lodestar method.

   3. The attorneys' fees requested were entirely contingent upon success.  Class Counsel risked time and effort and advanced costs and expenses with no ultimate guarantee of compensation.

   4. Notices outlining Class Counsels' requests were provided to 48 Class Members. No objections were received.

   5. Upon consideration of the Motion and accompanying Declarations and based upon all matters of record including the pleadings and papers filed in this action, the Court hereby finds that the $56,319.85 in fees and $5,680.15 in costs that are requested are reasonable and proper.  Further, the Court finds that awarding incentive payments of $3,000 each to the named Class Representatives is reasonable.

   Accordingly, it is hereby ORDERED and DECREED that:

   1. Class Counsel are awarded attorneys' fees and costs totaling $62,000, to be distributed as set forth in the Court's Order re Joint Motion for Final Approval of Class Settlement.

///

///

///

2. Class Representatives Michael McBride, Mario Valdez, Pedro Garcia, Kenny Spencer, and Robert Ryan are awarded Service Payments of $3,000 each, to be distributed as set forth in the Court's Order re Joint Motion for Final Approval of Class Settlement.

**IT IS SO ORDERED.**

Dated: October _7_, 2014

